**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:    06-52113 |
| MATTHEW TIMOTHY WALLIN | | |
| HOLLEY JEANNIE WALLIN | : | Chapter 13 |
| | | |
| | : | Judge:     CHARLES M. CALDWELL |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:   March 24, 2011                    /s/ Frank M. Pees

Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MATTHEW TIMOTHY WALLIN & | 0.30 |
| HOLLEY JEANNIE WALLIN | |
| 2041 BELMONT DR | |
| MARYSVILLE, OH  43040 | |